```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF TEXAS
                        FORT WORTH DIVISION
```

WILLIAM DAVIS                   §
                                §
VS.                             §   ACTION NO. 4:23-CV-355-Y
                                §
EQUIFAX INFORMATION SERVICES,   §
LLC, ET AL.                     §

## FINAL JUDGMENT

In accordance with the Stipulations of Dismissal filed on October 19 and 27, 2023, and March 12 and 20, 2024, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring them.

SIGNED March 22, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo
TRM/chr